# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Sheridon Darnell Outlaw            Docket No. 4:99-CR-12-1

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sheridon Darnell Outlaw, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Crack Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 27, 2000, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall pay a $100 special assessment.

Sheridon Darnell Outlaw was released from custody on November 13, 2009, at which time the term of supervised release commenced.

On March 16, 2010, the court approved a Violation Report recommending no action be taken after the defendant received new criminal charges (Assault on a Female and Assault on a Child Under 12 Years Old). The charges were subsequently dismissed in state court.

On December 22, 2010, the court approved a Violation Report recommending no action be taken after the defendant received new criminal charges (Assault on a Female). The charges were subsequently dismissed in state court.

Sheridon Darnell Outlaw
Docket No. 4:99-CR-12-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 2, 2011, the defendant was charged with Simple Possession of Marijuana in Lenoir County, North Carolina. According to Kinston Police Officer R. Brock, he responded to a larceny call at a motel where Outlaw was residing. When Officer Brock passed Outlaw's room, he detected a strong smell of marijuana. Officer Brock knocked on the door, and Outlaw admitted there was marijuana in the room. When confronted with the violation, Outlaw admitted he allowed someone in his room who smoked marijuana, but denied using the substance. It is noted Outlaw continues to test negative for controlled substances.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervision be modified to include the defendant complete 48 hours community service. Additionally, Outlaw has been referred for a substance abuse evaluation and drug testing will be increased.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: March 23, 2011 |

Sheridon Darnell Outlaw
Docket No. 4:99-CR-12-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 23RD day of MARCH, 2011, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge